**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILIP JUSTIN RILEY, *et al.*,

          Plaintiffs,

   v.

DESS RICHARDSON, *et al.*,

          Defendants.

_____/

No. C-13-04364 DMR

**ORDER TO SHOW CAUSE WHY CASE
SHOULD NOT BE DISMISSED FOR
FAILURE TO PROSECUTE**

On June 21, 2013, Plaintiffs Philip Justin Riley and Glenn Michael Kuder, proceeding without legal representation, filed this lawsuit. On September 25, 2013, the clerk mailed a notice to file a consent or declination to the jurisdiction of a magistrate judge to Plaintiffs' address of record. The Clerk's Notice was subsequently returned as undeliverable. [Docket Nos. 7, 8.] On October 11, 2013, Defendants Deutsche Bank National Trust Company and JPMorgan Chase Bank N.A. filed a motion for a more definite statement. [Docket No. 9.] According to the local Court rules, Plaintiffs should have filed any brief in opposition to Defendants' motion by October 25, 2013. *See* N.D. Cal. Civ. L.R. 7-3. The court has received no such opposition.

1       Therefore, the court ORDERS Plaintiffs to respond by November 15, 2013 and explain why

2 this case should not be dismissed for failure to prosecute.  Failure to respond by November 15, 2013

3 may result in dismissal of this action.

4

5       IT IS SO ORDERED.

6

7 Dated:  October 30, 2013



8                DONNA M. RYU

9                United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2