UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILIP JUSTIN RILEY, *et al.*,

    Plaintiffs,

  v.

DESS RICHARDSON, *et al.*,

    Defendants.
_____/

No. C-13-04364 DMR

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On June 21, 2013, Plaintiffs Philip Justin Riley and Glenn Michael Kuder, proceeding without legal representation, filed this lawsuit. On September 25, 2013, the clerk mailed a notice to file a consent or declination to the jurisdiction of a magistrate judge to Plaintiffs' address of record. The Clerk's Notice was subsequently returned as undeliverable. [Docket Nos. 7, 8.] On October 11, 2013, Defendants Deutsche Bank National Trust Company and JPMorgan Chase Bank N.A. filed a motion for a more definite statement. [Docket No. 9.] According to the local Court rules, Plaintiffs should have filed any brief in opposition to Defendants' motion by October 25, 2013. *See* N.D. Cal. Civ. L.R. 7-3. The court has received no such opposition.

1  Therefore, the court ORDERS Plaintiffs to respond by November 15, 2013 and explain why
2 this case should not be dismissed for failure to prosecute. Failure to respond by November 15, 2013
3 may result in dismissal of this action.

5  IT IS SO ORDERED.

7 Dated: October 30, 2013

DONNA M. RYU
United States Magistrate Judge