ALVARADOSMITH
A PROFESSIONAL CORPORATION
SAN FRANCISCO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Justin Riley, Glenn Michael Kuder, 642 Main Street #5<br>Etna: California – republic: [96027]<br>PRIVATE ATTORNEYS GENERAL,<br><br>Plaintiffs,<br><br>v.<br><br>Dess Richardson, ESQ, JP MORGAN CHASE, NA, DEUTSCHE BANK NATIONAL TRUST COMPANY, RUZICKA & WALLACE, LLP, Richard Sontag, ESQ, Jon E. Lopey in his official and private capacity, The SISKIYOU COUNTY SHERIFF'S DEPARTMENT Tammy Haas, and Does 1-10, inclusive,<br><br>Defendants. | Case No. C 13-04364 JST<br><br>U.S. District Judge Jon S. Tigar<br><br>**[PROPOSED] AMENDED JUDGMENT OF DISMISSAL**<br><br>Action filed: June 21, 2013 |

Having the "Order Adopting Report and Recommendation; Dismissing Action Without Prejudice For Failure to Prosecute" issued by this Court on December 13, 2013 and filed on December 15, 2013:

**IT IS ORDERED, ADJUDGED AND DECREED** that:

1. The case is dismissed, in its entirety, without prejudice against defendants JPMorgan Chase Bank, N.A. and Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2004-4.

2. Judgment is hereby entered in favor of defendants JPMorgan Chase Bank, N.A. and Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2004-4 and against Plaintiffs.

3.     Plaintiffs shall recover nothing against defendants JPMorgan Chase Bank, N.A. and Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2004-4.

4.     Defendants JPMorgan Chase Bank, N.A. and Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2004-4 are entitled to recover from Plaintiffs the costs of suit in this action.  Defendants are allowed to file a memorandum of costs.

**IT IS SO ORDERED.**

DATED: _____     By: _____
                                                              Jon S. Tigar
                                                              United States District Judge

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SAN FRANCISCO